UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK MOORE (497709)

VERSUS

JAMES D. CALDWELL, JR., ET AL

CIVIL ACTION

NO. 11-51-BAJ-SCR

## RULING

The Court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger (doc. 14) dated January 31, 2012, and plaintiff's objection thereto (doc. 15), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the petition for writ of habeas corpus filed by Derrick Moore is hereby denied.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 29, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA